Judge Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5761FDB |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| COREY DEAN HAMILTON, | ) | |
| Defendant. | ) | |

After consideration of the Stipulated Motion For Extension Of Time For Filing Of Response To Defendant's Motion to Suppress Evidence, the government's request for an additional three business days in order to file its response, is hereby GRANTED.

The government's response to the Defendant's Motion to Suppress Evidence is now due on December 5, 2005.

DATED this 1st day of December, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Proposed by:

s/ Gregory A. Gruber
Gregory A. Gruber
Assistant United States Attorney

Order Granting Mtn. to Extend Time/CR05-5761FDB - 1
U.S. v. Corey Dean Hamilton

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800