UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CORY DEAN HAMILTON,<br><br>            Defendant. | CASE NO. CR05-5761BHS<br><br>INITIAL ORDER RE:<br>ALLEGATIONS OF VIOLATION OF<br>CONDITIONS OF SUPERVISION |

THIS MATTER comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Marci Ellsworth.

The defendant appears personally and represented by counsel, Linda Sullivan.

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge Benjamin H. Settle:

   *Date of hearing: Monday, March 25, 2013*

   *Time of hearing: 2:00pm*

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION - 1

IT IS ORDERED that the defendant

__ Be released on an appearance bond, subject to the terms and conditions set forth thereon.

X Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

Dated this 22 day of February, 2013.

Karen L. Strombom
United States Magistrate Judge

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION - 2